No. 99–337. SOWERBY, PERSONAL REPRESENTATIVE OF THE ESTATE OF HINKLEY, DECEASED, ET AL. *v.* PREVO'S FAMILY MARKET, INC., ET AL. Ct. App. Mich. Certiorari denied. ▮

No. 99–464. GASAWAY *v.* UNITED STATES;
No. 99–5614. CHOPANE *v.* UNITED STATES;
No. 99–6259. LIMBRICK *v.* UNITED STATES;
No. 99–6302. McCRAY *v.* UNITED STATES; and
No. 99–6378. HICKMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 179 F. 3d 230.

No. 99–633. C. W. ROEN CONSTRUCTION CO. ET AL. *v.* UNITED STATES EX REL. PLUMBERS AND STEAMFITTERS LOCAL UNION No. 38 ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 99–774. UNITED STATES *v.* TEXAS ET AL.;
No. 99–779. UNITED STATES EX REL. CHURCHILL *v.* TEXAS ET AL.; and
No. 99–956. TEXAS ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 192 F. 3d 126.

No. 99–998. MOYER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 99–1060. LOCKHEED MISSILES & SPACE CO., INC. *v.* UNITED STATES EX REL. NEWSHAM ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 99–1239. OGLALA SIOUX TRIBAL PUBLIC SAFETY DEPARTMENT *v.* BABBITT, SECRETARY OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied. ▮

No. 99–1261. MICCOSUKEE CORP. *v.* BABBITT, SECRETARY OF THE INTERIOR. C. A. Fed. Cir. Certiorari denied. ▮

No. 99–1380. LYONS *v.* STOVALL. C. A. 6th Cir. Certiorari denied. ▮